UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 3:11-CR-2 |
| v. ) | Judge Phillips/Shirley |
| ) | |
| CAMERON J. POTTER ) | |

## FINAL ORDER OF FORFEITURE

On January 12, 2011, an Indictment was filed in case number 3:11-CR-2 charging the defendant, Cameron J. Potter, with wire fraud in violation of 18 U.S.C. § 1343 and money laundering in violation of 18 U.S.C. § 1957.

In the forfeiture allegations of the Indictment, the United States sought forfeiture of the interest of the defendant, Cameron J. Potter, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), in any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses, as alleged in the Indictment.

On September 13, 2011, a plea agreement was filed wherein the defendant, Cameron J. Potter, pled guilty to Counts One and Fourteen of the Indictment, and pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) agreed to forfeit his interest in in any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses, including but not limited to the following: :

Bank Accounts

(1) The contents of checking account number XXXXXX8895, in the name of Cameron Potter, on deposit with Regions Bank in Birmingham, Alabama.

(2) The contents of savings account number XXXXXX4878, in the name of Cameron Potter, on deposit with Regions Bank in Birmingham, Alabama.

(3) The contents of Merrill Lynch Roth IRA account number XXX5114.

(4) The contents of Merrill Lynch Chase account number XXXXX7039.

Money Judgment

A personal judgment in favor of the United States of America and against Cameron Potter in the amount of $433,278.39, representing the proceeds of his violations of Title 18, United States Code, Sections 1343 and 1957.

On September 13, 2011, this Court entered an Agreed Preliminary Order of Forfeiture pursuant to the guilty plea entered by the defendant, forfeiting to the United States his interest in and to the properties identified above.

On November 13, 2014, the United States filed a Motion to Dismiss Forfeiture regarding the bank accounts listed above as (1)-(4) (Doc29). An Order granting dismissal of the above-listed items was entered by this Court on November 17, 2014 (Doc. 30).

On September 13, 2011, this Court accepted the guilty plea of the defendant, Cameron J. Potter, and by virtue of the guilty plea and conviction, and pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and Rule 32.2(b) of the Federal Rules of Criminal Procedure, the United States is entitled to:

Money Judgment

A personal judgment in favor of the United States of America and against Cameron Potter in the amount of $433,278.39, representing the proceeds of his violations of Title 18, United States Code, Sections 1343 and 1957.

Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment." Because no ancillary proceeding is required, it is appropriate to enter an order of forfeiture at this time, which became final as to the defendant at the time of sentencing.

Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED:

1. That based upon the conviction of defendant, Cameron J. Potter, for offenses in violation of 18 U.S.C. §§ 1343 and 1957, and pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) and Rule 32.2(b) of the Federal Rules of Criminal Procedure, the United States is entitled to:

<u>Money Judgment</u>

A personal judgment in favor of the United States of America and against Cameron Potter in the amount of $433,278.39, representing the proceeds of his violations of Title 18, United States Code, Sections 1343 and 1957.

2. That in accordance with Rule 32.2(b)(4)(A), this Order of Forfeiture became final as to the defendant at the time of sentencing, was made part of the sentence, and was included in the Judgment.

3. That the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $433,278.39 to satisfy the money judgment in whole or in part.

4. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to the Federal Rules of Criminal Procedure 32.2(e).

5. That the Clerk of this Court shall provide a certified copy of this Order to the United States Attorney's Office.

ENTER:

   s/ Thomas W. Phillips
SENIOR UNITED STATES DISTRICT JUDGE

Submitted by:

WILLIAM C. KILLIAN
United States Attorney

By: *s/Frank M. Dale, Jr.*
    FRANK M. DALE, JR.
    Assistant United States Attorney
    800 Market Street, Ste. 211
    Knoxville, Tennessee 37902
    (865) 545-4167